

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT          3:24MJ268 (TOF)

In Re: APPLICATION FOR          :
                                :
SEARCH WARRANT                  :
_____    :

AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, KYLE C. LOPRIORE, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I have been a United States Postal Inspection Service (hereinafter "USPIS") Task Force Officer since February 2021. I am assigned to the Boston Division, working out of Hartford, Connecticut. I am presently a duly sworn police officer for the Groton Police Department for the last 13 years. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics. I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain,

Meriden, and Groton Police Departments, a Special Agent from the USPS Office of Inspector General, and a Criminal Analyst from the Connecticut National Guard.

3. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

5. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

6. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information

2

conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

7.     Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

## II.    SUBJECT PARCEL

8.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that USPS Ground Advantage parcel displaying USPS Tracking Number 9505512190764078826766 addressed to "Titi Gina Dyer 417 South Main St, Seymour, CT 06483" and bearing a return address of "Alyssa Padilla 7223 S. 16th Drive, Phoenix AZ 85041" ("SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances.



9.     On or about March 19th, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 3lbs 11.3oz. and bears $18.40 in postage.

3

10. A review of database records indicates that the delivery address on the SUBJECT PARCEL "417 South Main St, Seymour, CT 06483" is an actual address. A review of CLEAR which has proven reliable in previous investigations, provided a negative result for "Titi Gina Dyer" associated with the delivery address. A review of CLEAR shows that the return address on the SUBJECT PARCEL, "7223 S. 16th Drive, Phoenix AZ 85041," is an actual address. CLEAR provided a positive result for "Alyssa Padilla" associated with the return address.

11. On March 21st, 2024, the SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a two-year-old black Labrador Retriever named Hawk. Hawk is assigned to Detective Zach Kashmanian of the Hartford Police Department. Hawk was certified in May of 2022 and recently recertified in November of 2023. Hawk is certified in the detection of Cocaine, Crack Cocaine, Heroin, MDMA, and Methamphetamine. Hawk and TFO/Detective Kashmanian train daily on all the odors that the dog is trained to detect. Hawk is developing a track record of accurately alerting law enforcement to the presence of narcotics. TFO/Detective Kashmanian as well as Connecticut State Police Canine Unit maintain daily training logs for Hawk.

12. The SUBJECT PARCEL was placed among four other similarly sized parcels prior to the canine handler arriving. Upon examination of the parcels, the canine handler informed me that the canine alerted to the SUBJECT PARCEL. The handler and canine left the area. The parcels, including the SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again. The handler informed me that the canine alerted to the SUBJECT PARCEL once again.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL, is evidence of a controlled substance offense, in

violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service located at the 141 Weston Street, Hartford, CT 06101.

### III.  CONCLUSION

14.  WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Kyle LoPriore
Digitally signed by Kyle LoPriore
Date: 2024.03.25 12:58:48 -04'00'

KYLE C. LOPRIORE
USPIS TASK FORCE OFFICER

Subscribed and sworn to before me by telephone this **26** day of March 2024.

Thomas O. Farrish
Date: 2024.03.26 13:19:10 -04'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

USPS Priority Mail parcel displaying USPS Tracking Number 9505512190764078826766 addressed to "Titi Gina Dyer 417 South Main St, Seymour, CT 06483" and presently in the custody of the United States Postal Inspection Service at 141 Weston St, Hartford, CT 06101.



1

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.